**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**CIVIL ACTION NO. 5:25-cv-00585**

**v.**

**GEORGE SPADARO,**
**LOCUST MEDICAL, LLC,**
**SUMMERS MEDICAL SUPPLY, LLC, and**
**EASTERN MEDICAL SUPPLY, LLC**

**Defendants.**

# CLERK'S NOTICE OF PREJUDGMENT ATTACHMENT

TO: George Allen Spadaro
Lot 7, Block 5, Bayong St.
Purok 8, Cadulawan
Minglanilla, 6046 Cebu
PHILIPPINES

You are hereby notified that the funds and assets listed in the attached documentation are being taken by the United States of America (the Government), which says that George Spadaro, Locust Medical, LLC, Summers Medical Supply, LLC, and Eastern Medical Supply, LLC owe it a debt of at least $8,647,349.34, before interest, for their role in a scheme to defraud the United States and has filed a lawsuit to collect this debt. The Government says that it must take this property at this time because it is entitled to prejudgment remedies under the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3101(b)(1)(A), 3101(b)(1)(B), and 3102. The Government wants to make sure that you will pay if the court determines that this money is owed.

In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that

the exemptions apply. Below is a summary of the major exemptions that apply:

**A. Federal Exemptions:**

1. Social Security benefits and Supplemental Security (42 U.S.C. § 407).

2. Veterans' benefits (38 U.S.C. § 5301).

3. Members of armed services (10 U.S.C. § 1440).

4. Federal civil service retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c).

5. Annuities to survivors of federal judges (28 U.S.C. § 376(n)

6. Longshoremen and Harbor Worker's Compensation Act (33 U.S.C. § 916).

7. Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

8. Seaman's, master's, or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 11108(a)-11109(a-c)).

9. Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e).

10. Bankruptcy Code (11 U.S.C. § 522(d)) which generally provides exemptions for:

    (a) $23,675 of equity in your residence.

    (b) $3,775 of equity in a motor vehicle.

    (c) Jewelry worth up to $1,600.

    (d) Personal property worth up to $12,625. (However, no single item worth more than $600 can be claimed as exempt.)

    (e) Property totaling up to $1,250 in value, plus up to $12,625 of any unused amount of the exemption provided in number 11(a) above.

    (f) $2,375 of equity in professional books, implements or tools, of your trade or your dependent's trade.

    (g) Any unmatured life insurance contract you own, other than credit life insurance.

    (h) The aggregate value, up to $12,625, of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract you own, but only if you are the insured or you are a dependent of the insured.

(i) Professionally prescribed health aids for you or your dependents.

(j) Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits; and alimony, support, and separate maintenance, to the extent these items are reasonably necessary for your support or the support of your dependents.

(k) A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for your support or the support of your dependents, subject to the limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(I)-(iii).

(l) Your right to receive, or property that is traceable to,

- an award under a crime victim's reparation law;

- a payment on account of the wrongful death of an individual of whom you were a dependent, but only to the extent reasonably necessary for your support or the support of your dependents;

- a payment under a life insurance contract that insured an individual of whom you were a dependent on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependents;

- a payment, not to exceed $23,675, on account of personal bodily injury suffered by you or by an individual of whom you are a dependent; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph;

- a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependent, but only to the extent reasonably necessary for your support or the support of your dependents.

**B. Major Exemptions for property located in the State of West Virginia:**

1. Personal Property: Certain household goods, furniture, toys, animals, appliances, books and wearing apparel up to an aggregate value of $8,000; certain interests in a motor vehicle up to $5,000 in value; certain implements, professional books or tools of such individual's trade not exceeding $3,000 in value; certain funds on deposit in a federally insured financial institution, not to exceed $1,100; certain retirement plans, certain percentages of wage income, spousal and child support order income, income for military service, certain rental and utility security deposits. *See* W. Va. Code § 38-

8-1.

2. Real Property: a homestead, being property owned and used as the principal home for the debtor, his spouse or a dependent, or any or all of them, worth up to $5,000. *See* W. Va. Const. art. VI, § 48; W. Va. Code § 38-9-1.

If you are George Spadaro, Locust Medical, LLC, Summers Medical Supply, LLC, or Eastern Medical Supply, LLC and you disagree with the reason the Government gives for taking your property now, or if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions, you have a right to ask the court to return your property to you. If you want a hearing, you must promptly notify the court. You must make your request in writing, and either mail it or deliver it in person to the clerk of the court at Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400 Charleston, WV 25301. You must also send a copy of your request to the Government at United States Attorney's Office, Attention: AUSA Gregory Neil, Robert C. Byrd U. S. Courthouse, Suite 4000, 300 Virginia Street Charleston, WV 25301, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you think you do not owe the money to the Government, why you disagree with the reason the Government says it must take your property at this time, or why you believe the property the Government has taken is exempt or belongs to someone else. You may make any or all of these explanations as you see fit.

If you think you live outside the Federal judicial district in which the court is located, you may request, no later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal Judicial district in which you reside, if any. You must make your request in writing, and either mail it or deliver it in person to clerk of the court at

Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400 Charleston, WV 25301. You must also send a copy of your request to the Government at United States Attorney's Office, Attention: AUSA Gregory Neil, Robert C. Byrd U. S. Courthouse, Suite 4000, 300 Virginia Street Charleston, WV 25301, so the Government will know you want the proceeding to be transferred. Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an officer of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED: This ____ day of _______, 2025.

RORY L. PERRY II,
CLERK OF COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BY: _________________________________
Deputy Clerk